IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEAH WYNETTE WILLIAMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 7:17-cv-00446 |
| | ) |
| LISA ANNETTE LIPSCOMB, *et al.*, | ) By: Elizabeth K. Dillon |
| | ) United States District Judge |
| Defendants. | ) |
| | ) |

**ORDER**

For the reasons set forth in the memorandum opinion entered this day, it is ORDERED that Lipscomb's motion to dismiss is GRANTED as to Count 2 and DENIED as to Count 7. (Dkt. No. 11.)

It is further ORDERED that Lipscomb's motion to strike (Dkt. No. 11) is GRANTED IN PART AND DENIED IN PART. It is GRANTED as to the clause beginning with "identifying" in the first sentence of paragraph 4; the last sentence in paragraph 8; paragraph 47; paragraphs 50–54; and paragraph 57. It is also GRANTED as to paragraph 48, which, upon agreement of the parties, shall be amended to state: "A few days after the incident was made public, Platinum Corral responded to Leah's Facebook Post." It is DENIED as to the remaining portions of paragraphs 4 and 8; paragraphs 45–46; paragraph 49; and paragraph 55.

The clerk is directed to provide copies of this order and the memorandum opinion to all counsel of record.

Entered: August 2, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge