IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEAH WYNETTE WILLIAMS and PHYLLIS ANN WILLIAMS, ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | Civil Action No. 7:17CV446 |
| LISA ANNETTE LIPSCOMB, JAMES AYERS, and PLATINUM CORRAL, LLC, ) ) ) ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court at the request of Plaintiffs, Leah Wynette Williams and Phyllis Ann Williams, to voluntarily dismiss this matter in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All counsel of record are signatories to this Order indicating the parties' stipulation to the voluntary dismissal of this matter with prejudice.

As such, it is **ORDERED** that the defendants, Lisa Annette Lipscomb, James Ayers, and Platinum Corral, LLC, be and hereby are **DISMISSED** with prejudice from this matter and that this matter be and hereby is **DISMISSED** in its entirety with prejudice from the docket of this Court.

ENTERED this 23RD Day of August, 2019.

/s/ Elizabeth K. Dillon
UNITED STATES DISTRICT COURT JUDGE

- 1 -

1079.0001\KMD
4844-7659-4570 .v1079.0001\KMD

Respectfully Requested:


__/s/ *Mario B. Williams*_____
Mario B. Williams, Esquire (VSB#91955)
Dallas S. LaPierre, Esquire (VSB#101126)
Nexus Derechos Humanos Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
Phone: 434-654-0288
Fax: 703-935-2453
Email: mwilliams@ndlawyers.com
Email: dlepierre@ndhlawyers.com
*Counsel for Plaintiffs*


__/s/ *Lori Jones Bentley*_____
Lori Jones Bentley, Esquire (VSB #40063)
Benjamin D. Johnson, Esquire (VSB#90812)
Johnson Ayers and Matthews
P O Box 2200
Roanoke, VA
Phone: 54-767-2000
Fax: 540-982-1552
Email: lbentley@jamlaw.net
Email: bjohnson@jamlaw.net
*Counsel for Lisa Annette Lipscomb*


*/s/ Sean C. Workowski*_____
Sean C. Workowski, Esq. (VSB No. 36120)
Katie M. DeCoster, Esq. (VSB No. 82696)
FRITH ANDERSON & PEAKE, PC
29 Franklin Road, S.W.
Post Office Box 1240
Roanoke, Virginia 24006-1240
Phone: 540-772-4600
Fax: 540-772-9167
Email: sworkowski@faplawfirm.com
Email: kdecoster@faplawfirm.com
*Counsel for James Ayers and Platinum Corral, LLC*

- 2 -

1079.0001\KMD
4844-7659-4570 .v1079.0001\KMD